IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CV-697-DCK

| | |
|---|---|
| OCWEN LOAN SERVICING, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FOODMAN, HUNTER & KARRES, PLLC, )<br>and JAMES W SURANE, )<br>)<br>Defendants. )<br>) | ORDER |

**THIS MATTER IS BEFORE THE COURT** on "Defendants Motion To Compel Discovery Responses From Plaintiff" (Document No. 43) filed January 15, 2015. The parties have consented to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate. Having carefully considered the motion, the record, and applicable authority, the undersigned will <u>deny</u> the motion.

In response, Plaintiff contends it has fully responded to the requested discovery. (Document No. 48). Defendant has failed to file a reply, or notice of intent not to reply, pursuant to Local Rule 7.1(E). Under the circumstances, it appears that Defendants have abandoned their motion to compel.

**IT IS, THEREFORE, ORDERED** that "Defendants Motion To Compel Discovery Responses From Plaintiff" (Document No. 43) is **DENIED**.

**SO ORDERED**.

Signed: February 18, 2015

David C. Keesler
United States Magistrate Judge