# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
#### CIVIL ACTION NO. 3:13-CV-697-DCK

| | |
|---|---|
| OCWEN LOAN SERVICING, LLC, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| FOODMAN, HUNTER & KARRES, PLLC, and JAMES W. SURANE, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding scheduling. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate.

**IT IS, THEREFORE, ORDERED** that the parties are to appear for trial in this matter, if necessary, during the term beginning **August 3, 2015**, at the Charles R. Jonas Federal Courthouse, 401 W. Trade Street, Courtroom #3, Charlotte, North Carolina.

**IT IS FURTHER ORDERED** that the Final Pretrial Conference is set for **July 27, 2015**.

**SO ORDERED**.

Signed: March 31, 2015

David C. Keesler
United States Magistrate Judge