**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO.  3:13-CV-697-DCK**

| | | |
|---|---|---|
| **OCWEN LOAN SERVICING, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **FOODMAN, HUNTER & KARRES, PLLC,** | ) | |
| **and JAMES W. SURANE,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding scheduling.  The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate.

The undersigned notes that there are three dispositive motions pending that are ripe for disposition.  (Document Nos. 47, 49, and 51).  Oral argument on the pending motions might assist the Court's determination.

**IT IS, THEREFORE, ORDERED** that counsel for the parties shall appear for a Status and Motions Hearing on **July 30, 2015**, **at 10:00 a.m.**, at the Charles R. Jonas Federal Courthouse, 401 W. Trade Street, Courtroom #2-2, Charlotte, North Carolina.

**IT IS FURTHER ORDERED** that the trial in this matter is set for the term beginning **Monday, October 26, 2015**.  The Final Pretrial Conference is scheduled for **October 15, 2015**.

**SO ORDERED**.

Signed: June 10, 2015

David C. Keesler
United States Magistrate Judge