# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Ocwen Loan Servicing, LLC, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:13-cv-00697-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| James W Surane | ) | |
| Foodman Hunter & Karres PLLC, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 9, 2015 Order.

September 9, 2015

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court